

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

The State of Texas,                       * From the 142nd District Court
                                            of Midland County,
                                            Trial Court No. CR58388.

Vs. No. 11-22-00357-CR                    * September 21, 2023

Matthew David Counts,                     * Memorandum Opinion by Trotter, J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.

    This court has considered the State's motion to dismiss this appeal and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the appeal is dismissed.